UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WANDA M. RUFFIN,
Individually and on behalf
of the late Lawrence N. Ruffin,

      Plaintiffs,

  V.                                        CASE NO. 04-C-976

MILWAUKEE METAL PRODUCTS,
EMJAY CORPORATION, WELLS FARGO,
UNITED WISCONSIN GROUP,
BETTY JANE PARROTT,
WARREN PODOLSKE, MARY SUE BRAUN,
EMIL PFENNINGER, and
LEICHTY THOMAS,

      Defendants.

## ORDER

Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case. Accordingly,

**IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

Dated at Milwaukee, Wisconsin, this 2nd day of September, 2005.

                              **BY THE COURT:**

                              s/ Rudolph T. Randa
                              **Hon. Rudolph T. Randa**
                              **Chief Judge**